# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

CHRIS WILLIAMSON,
ALAN WILLIAMSON, and
PHYLLIS WILLIAMSON,

    Plaintiffs,

v.                                              CASE NUMBER: 1:16-1131-JDB-egb

AUTO-OWNERS (MUTUAL)
INSURANCE COMPANY,

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on 12/13/2016, the Court hereby dismisses in its entirety with prejudice. Each party shall bear its own attorneys' fees and discretionary costs. Court costs, if any, are to be taxed to Defendant, Auto-Owners (Mutual) Insurance Company.

**APPROVED:**

                                              s/ J. Daniel Breen
                                              Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**